# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                               **Case No. 07-CR-123**

**EDDIE CLAYBROOKS**
        **Defendant.**

## ORDER

On October 29, 2014, defendant filed a letter seeking early termination of his supervised release. See 18 U.S.C. § 3583(e)(1). I ordered a response from the government, but it has not filed one, and on January 20, 2015, defendant filed a second letter regarding his request.

**IT IS ORDERED** that on or before **February 17, 2015**, the probation office file an update memorandum concerning defendant's performance on supervised release.

Dated at Milwaukee, Wisconsin, this 3rd day of February, 2015.

                                              /s Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge